IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS     CR NO. **3:23-598**

**DANIEL LEE**

## PLEA

The defendant, **DANIEL LEE**, having withdrawn his plea of Not Guilty entered November 8, 2023, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

(Signed) Defendant

Columbia, South Carolina
October 28, 2024